UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| BILLY RAY WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 0:15-cv-04935-RBH |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Joint Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA) 28 U.S.C. §2412(d), it is hereby,

**ORDERED** that Plaintiff, Billy Ray Watson, is awarded Five Thousand Five Hundred Dollars ($5,500.00) in attorney fees and Twenty-Two Dollars and Thirty-Nine Cents ($22.39) in expenses under the EAJA. These attorney fees will be paid directly to Plaintiff, Billy Ray Watson, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

May 11, 2017  s/ R. Bryan Harwell
Florence, South Carolina  R. Bryan Harwell
United States District Judge